# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **FAYIZ FAREED ABDALLAH,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01323-LS** |
| | § | |
| **WARDEN, OF THE ERO EL PASO EAST MONTANA; AND UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| | § | |
| ***Respondents*.** | § | |

## ORDER DISMISSING CASE

Petitioner Fayiz Fareed Abdallah requests that the Court dismiss his petition for a writ of habeas corpus.[1] The government having not responded, the Court deems this motion unopposed and **DISMISSES** this case without prejudice. **THE CLERK SHALL CLOSE THIS CASE.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 21, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 18.